UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-521 (RJL) |
| ) | |
| EDWARD F. REILLY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that the defendants' motion to dismiss [9] is GRANTED, and the complaint is DISMISSED.

This is a final, appealable order. *See* Fed. R. App. P. 4.

_____
RICHARD J. LEON
United States District Judge

Date: 3/5/10